**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7392**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEVIN ALEXANDER SCOTT,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:09-cr-00581-GLR-1)

_____

Submitted:  June 30, 2022                          Decided:  July 25, 2022

_____

Before NIEMEYER and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Alexander Scott, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In October 2020, the district court denied Kevin Alexander Scott's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We vacated that judgment and remanded for further proceedings. *United States v. Scott*, 856 F. App'x 460, 461 (4th Cir. 2021) (No. 20-7687). On remand, the court explained that the 18 U.S.C. § 3553(a) factors counsel against a sentence reduction and thus denied the motion. Scott appeals.

We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the court sufficiently explained the reasons for the denial and did not abuse its discretion in denying the motion. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2